UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: __411 Summerhill Road, Berwick, PA 18603__

Address of Defendant: _____

Place of Accident, Incident or Transaction: __Lehigh County, PA__

---

**RELATED CASE, IF ANY:**

Case Number: _____  Judge: _____  Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes [ ]  No [✔]

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes [ ]  No [✔]

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes [ ]  No [✔]

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes [ ]  No [✔]

I certify that, to my knowledge, the within case [ ] is / [✔] is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __12/21/2020__   _/s/ SC_ (Must sign here)   Attorney I.D. #: __49490__
*Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

---

**CIVIL:** (Place a √ in one category only)

**A.  Federal Question Cases:**
1. [ ] Indemnity Contract, Marine Contract, and All Other Contracts
2. [ ] FELA
3. [ ] Jones Act-Personal Injury
4. [ ] Antitrust
5. [ ] Patent
6. [ ] Labor-Management Relations
7. [ ] Civil Rights
8. [ ] Habeas Corpus
9. [ ] Securities Act(s) Cases
10. [ ] Social Security Review Cases
11. [✔] All other Federal Question Cases
    (Please specify): __Federal Tort Claims Act__

**B.  Diversity Jurisdiction Cases:**
1. [ ] Insurance Contract and Other Contracts
2. [ ] Airplane Personal Injury
3. [ ] Assault, Defamation
4. [ ] Marine Personal Injury
5. [ ] Motor Vehicle Personal Injury
6. [ ] Other Personal Injury (Please specify): _____
7. [ ] Products Liability
8. [ ] Products Liability – Asbestos
9. [ ] All other Diversity Cases
    (Please specify): _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, __Stuart A. Carpey__, counsel of record *or* pro se plaintiff, do hereby certify:

[✔] Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

[ ] Relief other than monetary damages is sought.

DATE: __12/21/2020__   _/s/ SC_ (Sign here if applicable)   Attorney I.D. #: __49490__
*Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

Michael Sharkuski, Jr. : CIVIL ACTION
v. :
The United States of America : NO. 5:20-cv-6388

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.        ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.        ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.        ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.        ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)        ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.        (✓)

12/21/20    Stuart A. Carpey    Plaintiff
**Date**    **Attorney-at-law**    **Attorney for**

(610)834-6030    (610)940-1743    Scarpey@carpeylaw.com
**Telephone**    **FAX Number**    **E-Mail Address**

(Civ. 660) 10/02

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Michael Sharkuski, Jr.

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Stuart A. Carpey, Esq., Carpey Law, 600 W. Germantown Pk., Ste. 400, Plymouth Meeting, PA 19462

## DEFENDANTS
The United States of America

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [x] 350 Motor Vehicle / [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/Exchange |
| | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/Accommodations / [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / **Other:** [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education / [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 555 Prison Condition | | | |
| | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Federal Tort Claims Act, 28 U.S.C. Sec. 1346(b), 28 U.S.C. Sec. 2671-2680
Brief description of cause:
Federal Tort Claims Act

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 3,000,000
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 12/21/20
SIGNATURE OF ATTORNEY OF RECORD: /s/ Stuart A. Carpey

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Stuart A. Carpey, Esquire
Attorney I.D. No.: 49490
Carpey Law, P.C.
600 W. Germantown Pike, Suite 400
Plymouth Meeting, PA 19462
(610) 834-6030
scarpey@carpeylaw.com

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Michael Sharkuski, Jr.<br>411 Summerhill Road<br>Berwick, PA 18603 | : | Civil Action |
| | : | |
| | : | No. 5:20-cv-6388 |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| The United States of America | : | |
| | : | |
| Defendant | : | |

## COMPLAINT

Plaintiff, Michael Sharkuski, Jr., pursuant to, and in compliance with, the Federal Tort Claims Act (hereinafter "FTCA"), 28 U.S.C. Section 1346(b), 28 U.S.C. Section 2671-2680, alleges and states the following:

### PARTIES, JURISDICTION AND VENUE

1. Plaintiff, Michael Sharkuski, Jr., is an individual residing at the above address.
2. Defendant is The United States of America.
3. United States Postal Service, (USPS) is an independent agency of the executive branch of the United States federal government responsible for providing postal service in the United States of America with a registered office and/or principal place of business at the above address.

4. At all times relevant herein, Timothy D. Grammes was the agent, servant, workman and/or employee of the USPS and of Defendant United States of America acting within the course and scope of said relationship.

5. The United States of America is a sovereign state. Liability for the acts described herein is based on actions of agents, servants, and/or employees of the USPS, the United State of America or some other agency thereof and were at all times material to this action acting within the course and scope of their employment or agency, for which sovereign immunity is waived under the FTCA, 28 U.S.C. Section 2671.

6. This Court may properly exercise original jurisdiction over the parties and subject matter of this action pursuant to 28 U.S.C. Section 1346(b)(1), 28 U.S.C. Section 1331, and 28 U.S.C. Section. 2674.

7. Venue is properly laid in the Eastern District of Pennsylvania pursuant to 28 U.S.C. Section 1402(b). The events and acts complained of and giving rise to this action occurred within Lehigh County in this District.

8. Pennsylvania substantive law applies to this action pursuant to 28 U.S.C. Section 1346.

9. The Plaintiff has exhausted the administrative requirements set forth to 28 U.S.C. Section 2675 having submitted a Standard Form 95, Claim for Damage, Injury, or Death to the United States Postal Office with acknowledgment of receipt by same, and moreover said defendants issued a final disposition of this claim on October 22, 2020 allowing Plaintiff to seek resolution of his claims in this Court.

## FACTUAL ALLEGATIONS (NEGLIGENCE)

10. Plaintiff hereby incorporates paragraphs 1-9 herein by reference as though more fully set forth at length.

11. On or about April 11, 2019, Plaintiff, Michael Sharkuski, Jr., was the driver of a vehicle which was proceeding in a southerly direction on Mauch Chunk Road, at or near its intersection with Linden Lane, Lehigh County, Pennsylvania, when it was struck by a motor vehicle (mail truck) operated by Timothy D. Gammes, and owned by the USPS and Defendant the United States of America, and being operated with the permission and direction of Defendant, which motor vehicle was stopped on the

2

side of Mauch Chunk Road and without warning was attempting to make an illegal U-Turn, violently striking the vehicle in which Plaintiff was an occupant, resulting in the injuries and damages set forth in detail hereinafter.

12. The accident aforesaid was caused by the negligence of Defendant, by and through its employee Timothy D. Gammes in that he did:

   a. Fail to have said motor vehicle under proper and adequate control at the time of the collision;

   b. Operate said motor vehicle at a high and excessive rate of speed under the circumstances;

   c. Fail to give proper and sufficient warning of the approach of said motor vehicle;

   d. Operate said motor vehicle without due regard for the rights, safety, and position of Plaintiff, Michael Sharkuski, Jr.;

   e. Operate said motor vehicle in such a manner that it could not be brought to a stop within the assured, clear distance ahead;

   f. Operate the motor vehicle without the full use of his mental or physical faculties, or both;

   g. Fail to keep a careful lookout;

   h. Fail to maintain proper control of his vehicle;

   i. Fail to know, or adhere to, or both, one or more pertinent statutes, standards, or the laws of the state of Pennsylvania, or any combination of them; pertaining to the operation of motor vehicles; and,

   j. Otherwise, fail to exercise caution and due care.

13. As a result of negligence and carelessness aforesaid, Plaintiff, Michael Sharkuski, Jr. sustained injury to his neck, back, and right shoulder, as well as various other injuries and conditions as may be established, and injury to the nerves and nervous system causing Plaintiff to endure pain and suffering and to lose time from Plaintiff's usual duties, activities, and occupation, causing a loss of earnings and earning capacity, the amount of past and future lost income, and to incur debts and obligations for medicine and medical treatment; all of which are or may be permanent.

14. Plaintiff, Michael Sharkuski, Jr., was the owner of one of the vehicles involved in the aforesaid accident, and that as a result said vehicle was damaged necessitating expenditures for its repair and Plaintiff, Michael Sharkuski, Jr., was deprived of its use.

**Wherefore,** Plaintiff, prays for relief against Defendant for Defendant's violations of the Federal Tort Claims Act as described herein in the amount of Three Million Dollars ($3,000,000.00) plus interest costs and attorney's fees as provided by said statute and Plaintiff further prays for such relief as this Court deems equitable.

Carpey Law, P.C.

By: /s/ Stuart A. Carpey
 Stuart A. Carpey, Esquire
 Attorney for Plaintiff

## Verification

Stuart A. Carpey is counsel for the Plaintiff in this action and verifies that the statements made in the foregoing pleading are true and correct to the best of his knowledge, information and belief. The undersigned understands the statements therein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities. A substitute verification will be filed in a timely manner signed by the Plaintiff.

_____
Stuart A. Carpey

Date: 12/21/20